ACCEPTED
05-18-00496-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/6/2018 2:54 PM
LISA MATZ
CLERK

# FIFTH COURT OF APPEALS

## 05-18-00496-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/06/2018 2:54:33 PM
LISA MATZ
Clerk

## *Selrico Martin, Appellant*

## *v.*

## *State of Texas, Appellee*

**On Appeal from County** Court at Law,
Number Two, Collin **County, Texas**
**Cause Number 002-86729-2017**

# Motion to Dismiss the Appeal in Cause 05-18-00496-CR

**Kristin R. Brown**
**17304 Preston Road, Ste. 1250**
**Dallas, Texas 75252**
**Phone: 214-446-3909**
**Email: kbrown@idefenddfw.com**
**Texas Bar No. 24081458**
**Attorney for Appellant**

**To the Honorable Justices of the Court of Appeals:**

Appellant Selrico Martin, before the decision of this Court has been delivered, moves to withdraw appellant's notice of appeal and dismiss this appeal. [*See* Tex. Rule App. Proc. 42.2].

1. This case is on appeal from the County Court at Law Number Two, Collin County, Texas.

2. Appellant was appealing a decision on a writ of habeas corpus filed in this case, imposing pre-trial bond conditions

3. Appellant has entered a plea in this case and the appeal is, therefore, moot.

4. Appellant has not yet filed his brief in this matter, it is due June 11, 2018.

5. Appellant now moves to dismiss the appeal in cause number 05-18-00496-CR.

_____

## **Prayer**

Appellant prays that this Motion to Dismiss the Appeal in cause number

05-18-00496-CR be granted.

Respectfully submitted,

THE LAW OFFICE OF KRISTIN R. BROWN, PLLC
17304 Preston Road, Suite 1250
Dallas, Texas 75252
Phone: 214-446-3909

_____

by Kristin R. Brown
Attorney for Appellant
kbrown@idefenddfw.com
Texas Bar No. 24081458

**Agreed:**

_____

Selrico Martin, Appellant

_____

Date

## Certificate of Service

This certifies that, on the same date as the filing of this document, a true and correct copy of this document was served on the District Attorney's Office, Collin County, Appellate Division, by email to daappeals@collincountytx.gov.

_____
by Kristin R. Brown